

# YADGAROV & ASSOCIATES, PLLC.

820 Second Ave Suite1100 ~ New York N.Y. 10017
Phone: 212-581-2500 ~ Fax: 212-581-2525

July 29, 2022

Hon. Katherine Polk-Failla. USDJ
Southern District of New York
40 Foley Sq., Room 2103
New York, NY 10007
Email: failla_nysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

| | |
|---|---|
| Re: | Perez -v-Dolgen Corp. of NY, Inc., et al. |
| Case No. | 22-cv-4324-KPF |
| Re: | Initial Case Management Conference of 08-02-22 |

Dear Judge Polk-Failla:

    The parties in the above titled action respectfully submit the enclosed Civil Case Management Plan and Scheduling Order. The parties have set the end date for Fact Discovery as November 30, 2022, and expert discovery as January 14, 2023. As the completion of all discovery is set for within 6 months of the scheduled conference and there are no disputes as to the terms of the order, the parties request the court cancel the conference set for August 2, 2022.

    To provide the Court with background as to the nature of the action and the parties positions. This is an action for personal injuries sustained on May 6, 2021, at the Dollar General Store at 2500 White Plains Road, Bronx, New York. The Plaintiff contends she was caused to trip and fall because of an object left in an aisle of which Defendants had actual or constructive notice of the object and the tripping hazard it could pose and that by failing to remove the objection the Defendant's breached their duty to maintain their premises in a reasonably safe condition. The Defendants contend there is no liability because they did not have notice of the object, the object was an open and obvious condition, and the Plaintiff is comparatively negligent for her injuries.

    Thank you for your consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Ronald S. Ramo | /S/ John D. Goldman |
| Ronald S. Ramo, Esq. | John D. Goldman, Esq. |
| Yadgarov & Associates, PLLC | Smith Sovik Kendrick & Sugnet PC |
| Attorneys for Plaintiff | Attorneys for Defendants |

 **Gmail**

Ronald Ramo, Esq. <rramo@yadlaw.com>

## Perez v. DolGen

**John D. Goldman** <jgoldman@smithsovik.com>　　　　　　　　　　　　　　Fri, Jul 29, 2022 at 1:06 PM
To: "Ronald Ramo, Esq." <rramo@yadlaw.com>

Looks good. You can sign my name

Sent from my iPhone

> On Jul 29, 2022, at 12:32 PM, Ronald Ramo, Esq. <rramo@yadlaw.com> wrote:
>
> [Quoted text hidden]

📎 **20220729115902.pdf**
488K

```
Application GRANTED.  The pretrial conference scheduled to take place on
August 2, 2022, is hereby ADJOURNED sine die.  The Court will endorse the
proposed case management plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket
entry 8.

Dated:    August 1, 2022                SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE