UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS N. PEREZ,

                    Plaintiff,

                    -v.-

DOLGEN CORP. OF NEW YORK, INC.; DOLGEN CORP.
LLC; DOLLAR GENERAL STORE #19027; DOLLAR
GENERAL CORPORATION; and DOLGEN NEW YORK
LLC,

                    Defendants.

22 Civ. 4324 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 11, 2023, the Court was notified that mediation in this case was unsuccessful.  Accordingly, the parties are **ORDERED** to submit a joint letter by **May 19, 2023**, proposing next steps in this case, including whether the parties intend to move for summary judgment.

SO ORDERED.

Dated:   May 12, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge