**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRIS N. PEREZ,

                Plaintiff,

  -against-                             22 **CIVIL** 4324 (KPF)

                                              **<u>JUDGMENT</u>**

DOLGEN CORP. OF NEW YORK INC.; DOLGEN
CORP, LLC; DOLLAR GENERAL STORE #19027;
DOLLAR GENERAL CORPORATION; and DOLGEN
NEW YORK, LLC,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 29, 2024, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       February 29, 2024

                                                   **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                        **BY:**           *K. Mango*

                                                     **Deputy Clerk**